AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| SUZHOU LINKDOME TECHNOLOGY LTD., a China limited liability company<br><br>*Plaintiff(s)*<br>v.<br>KAMI VISION, INC., a Delaware corporation, and SEAN DA, an individual,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 5:24-cv-8472<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  (1) KAMI VISION, Inc., 2680 N 1st Street, Ste 200, San Jose, California; and

(2) SEAN DA, CEO of Kami Vision, Inc., 2680 N 1st Street, Ste 200, San Jose, California.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael A DiNardo
YK LAW, LLP
445 S. FIGUEROA St., Suite 2280
LOS ANGELES, CA 90071
Tel: 213-401-0970
Email: mdinardo@yklaw.us

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____          _____
                                                                          *Signature of Clerk or Deputy Clerk*