MICHAEL A. DiNARDO (#216991)
mdinardo@yklaw.us
AARON T. BORROWMAN (#201620)
aborrowman@yklaw.us
YK LAW, LLP
445 S. Figueroa St, Suite 2280
Los Angeles, CA, 90071
Office: 213-401-0970

Attorneys for Plaintiff SUZHOU LINKDOME TECHNOLOGY LTD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZHOU LINKDOME TECHNOLOGY LTD., a China limited liability company<br><br>Plaintiff,<br><br>v.<br><br>KAMI VISION, INC., a Delaware corporation, and SEAN DA, an individual,<br><br>Defendant. | CASE NO. 3:24-CV-8427-JD<br><br>JOINT REPORT OF THE PARTIES RE PRIVATE MEDIATION PER THE COURT'S JULY 23, 2026 ORDER<br><br>Judge: Hon. James J. Donato<br>Dept.: 11 |

**JOINT REPORT REGARDING MEDIATION AND SETTLEMENT STATUS**

Pursuant to the Court's July 23, 2026 Order (Dkt. No. 56), Plaintiff Suzhou Linkdome Technology, Ltd. ("Linkdome") and Defendants Kami Vision, Inc. and Sean Da ("Kami Vision") respectfully submit this joint report regarding the status of private mediation and settlement discussions between the parties.

The parties respectfully report that private mediation has not yet been completed, notwithstanding the January 12, 2026 deadline set forth in the Court's Amended Scheduling Order (Dkt. No. 42). The parties have scheduled a mediation date with Hon Peter H. Kirwan (Ret.) for September 23, 2026. Each party's respective account of settlement discussions to date is set forth below.

**Linkdome's Statement**

Beginning as early as September 12, 2025, counsel for Linkdome communicated a settlement proposal to counsel for Kami Vision, and followed up on that proposal on multiple subsequent occasions. Kami Vision's responses during this period did not substantively engage with the proposal, and consisted principally of representations that the proposal was under review. The last communication from Kami Vision's counsel on the subject was on October 22, 2025. Linkdome has no record of a substantive response from Kami Vision regarding it's proposal or a counter-proposal of any kind.

Given the absence of a substantive response over this period, combined with Kami Vision's subsequent lack of substantive responses to Linkdome's discovery requests, Linkdome's counsel concluded at that time that further settlement efforts directed toward Kami Vision, including private mediation, were unlikely to be productive at that time.

Following the Court's July 23, 2026 Order, the parties have resumed discussions regarding possible mediation, though further substantive terms have yet to be communicated. While the parties have scheduled a mediation for September 23, 2026,

due to the short window in which this has been proposed, counsel for Linkdome has been unable to confirm the availability of a Linkdome representative for the date. Linkdome remains willing to participate in good faith, but respectfully notes its continued skepticism, based on the history described above, that mediation efforts with Kami Vision can result in resolution of this matter.

**Kami Vision's Statement**

Defendants viewed Linkdome's opening demand as unreasonably high and did not provide a monetary counteroffer. Defendants are ready to proceed to mediation before Judge Kirwan (and, promoted two other neutral candidates, along with Judge Kirwan, to Linkdome) in good faith with a goal of resolution. Defendants will participate in any settlement discussions before the mediation as well.

Dated: August 13, 2026

By:__ /s/ Michael A. DiNardo __________
Michael A. DiNardo, Esq.
Aaron T. Borrowman, Esq.
YK LAW, LLP
445 S. Figueroa St, Suite 2280
Los Angeles, CA, 90071
Office: 213-401-0970
Attorneys for Plaintiff Suzhou Linkdome Technology Ltd.

By:__ /s/ Tad Devlin__________
Tad Devlin
Christopher Choi
David Afahame
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
1001 Galaxy Way, Suite 312
Concord, CA 94520
Telephone: (925) 466-4230
Attorneys for Defendants Kami Vision, Inc. and Sean Da